EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

STEVEN N. RICHMAN, State Bar No. 101267
NAMI R. KANG, State Bar No. 227954
**EPPORT, RICHMAN & ROBBINS, LLP**
1875 Century Park East, Suite 800
Los Angeles, California 90067-2512
Telephone: (310) 785-0885
Facsimile: (310) 785-0787
E-Mail: *srichman@erlaw.com*
*nkang@erlaw.com*

Attorneys for Appellee Patch of Land Lending, LLC and Michael Ray

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ENVISAGE DEVELOPMENT PARTNERS, LLC, et al.,<br><br>Appellant,<br><br>v.<br><br>PATCH OF LAND LENDING, LLC, ,<br><br>Appellee. | CASE NO. 3:17-cv-03969-CRB<br><br>**ORDER APPROVING STIPULATION OF VOLUNTARY DISMISSAL OF APPEAL PURSUANT TO F.R.A.P. 42(b)**<br><br>*The Honorable Charles R. Breyer*<br><br>TRIAL DATE: None Set |

**ORDER APPROVING DISMISSAL OF APPEAL**

The Court, having read and considered the Stipulation between Appellants Envisage Development Partners, LLC, Mark Rowson, and Michele Rowson and Appellee Patch of Land Lending, LLC to dismiss the above-captioned appeal, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the above-captioned appeal is dismissed with prejudice pursuant to Federal Rule of Appellate Procedure 42(b). Each party shall bear his or its own fees and costs incurred in connection with the within proceeding.

DATED: November 16, 2017

_____
The Honorable Charles R. Breyer

s

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787